UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA D. CRAWFORD,

    Plaintiff,

v.                                        CASE NO. 8:22-cv-1573-SDM-MRM

SOUTHERN MILLING &
LUMBER, INC.,

    Defendant.
_____/

## ORDER

The parties in this FLSA action jointly move (Doc. 23) for approval of a settlement agreement under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The settlement agreement (Doc. 23-1) appears "fair and reasonable." The motion (Doc. 23) is **GRANTED**. The settlement agreement is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on February 13, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE